IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| MANUEL A. DELACRUZ,<br><br>Petitioner,<br><br>v.<br><br>DIRECTOR,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>Respondent. | §<br>§<br>§<br>§<br>§   2:21-CV-9-Z-BR<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER WITHDRAWING FINDINGS, CONCLUSIONS, AND RECOMMENDATION TO DISMISS PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

On January 4, 2022, the undersigned United States Magistrate Judge entered findings, conclusions, and a recommendation to the United States District Judge, recommending Petitioner's petition for a writ of habeas corpus be dismissed for failure to submit with his pleading any payment to satisfy the requisite filing fee or submit an application to proceed *in forma pauperis* with a certified *in forma pauperis* data sheet from the institution in which he is confined. (ECF 11). On January 18, 2022, Petitioner filed objections to the undersigned's findings, conclusions, and recommendation (ECF 12) and a Motion for Leave to Proceed *In Forma Pauperis* (ECF 13). Based on Petitioner's objections and motion, the undersigned WITHDRAWS the Findings, Conclusions, and Recommendation (ECF 11).

IT IS SO ORDERED.

ENTERED January 20, 2022.

*[signature]*
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE